IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00022-TMB-JDR |
|---|---|
| Plaintiff, | ) **ORDER GRANTING MOTION** |
| | ) **FOR PROTECTIVE ORDER** |
| vs. | ) **REGARDING DISCOVERY** |
| JAHMAR HENDERSON, | ) |
| Defendant. | ) |

Having duly considered the United States' motion [10] for a protective order pursuant to Federal Rule of Criminal Procedure 16(d)(1), the motion is hereby GRANTED. The Court finds good cause to restrict discovery in the following manner:

1) The discovery in this case may not be distributed, shown, published, or otherwise made available to individuals other than the defendant, his defense attorney(s), defense investigators, or experts or consultants specifically retained by defendant's counsel (hereinafter "the defense team");

2) Members of the defense team shall make every effort to prevent unauthorized distribution of discovery (i.e., the defendant may not leave the discovery unattended in a place where others not associated with the defense team may view the discovery).

3) The United States shall identify all documents or media that contain the voices, names, photos, or identifying information of informants. In addition, the United States shall identify all documents or media that contain nude images or videos. Counsel / Investigators for each defendant shall secure this discovery, and not leave copies of this

discovery with the defendant. The defendant may review this discovery in the presence of counsel or an investigator.

4) Counsel for the defendants shall notify members of the defense team of this order, and specifically serve the order on their clients.

Disobedience of this order may result in prosecution for criminal contempt, in violation of Title 18, U.S.C. §§ 401, 402, and Federal Rule of Criminal Procedure 42. In addition, a violator of this order may face prosecution under 18 U.S.C. §§ 1512 (tampering with a witness), 1513 (retaliating against a witness), and conspiracy to commit these crimes.

DATE: 3/12/2013              /s/ John D. Roberts
                             JOHN D. ROBERTS
                             UNITED STATES MAGISTRATE JUDGE

U.S. v. Henderson
3:13-cr-00022-TMB-JDR              Page 2 of 2

PROTECTIVE ORDER